No.  25-2398

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| SETH STEIDINGER, et al.,<br>        Plaintiffs – Appellants<br><br>v.<br><br>BLACKSTONE MEDICAL SERVICES, LLC,<br>        Defendant - Appellee | **APPELLANT'S DOCKETING STATEMENT**<br><br>Originating Case Information:<br>District Court No: 1:24-cv-01074-JEH-RLH<br>Central District of Illinois<br>District Judge Jonathan E. Hawley |

Appellants Seth Steidinger, Joseph Jones, and Natasha Koller (together "Appellants"), pursuant to Circuit Rules 3 and 28(a), hereby file this Docketing Statement with the Court:

The basis for the United States District Court, Central District of Illinois' jurisdiction is pursuant to 28 U.S.C. § 1331 as this action arises out of Defendant's alleged repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* (the "TCPA"), a federal statute.

The trial court in this case originally issued an order dismissing the consolidated complaint without prejudice on July 21, 2025, in addition to dismissing the state court claims for lack of jurisdiction. (ECF No. 37.)  Plaintiff filed a notice of appeal on August 11, 2025. (ECF No. 38.)

On August 20, 2025, Appellants and Appellee (jointly as the "Parties") filed a Joint Request for Entry of Judgment Pursuant to Fed. R. Civ. P. 58(d) with the District Court. (ECF No. 41.) In the joint request, the Parties agreed that the trial court should treat the dismissal with prejudice. *Id*.

1

On August 21, 2025, the District Court granted the joint request, dismissed the consolidated complaint with prejudice, entered a judgment, and closed the case. (ECF No. 42.) There have not been any prior or related appellate proceedings in this case.

Dated: August 25, 2025

/s/ *Ryan L. McBride*
Ryan L. McBride
Kazerouni Law Group, APC
2221 Camino Del Rio S., Suite 101
San Diego, CA 90631
Phone: (800) 400-6808
Email: ryan@kazlg.com
Attorney for Appellants

## CERTIFICATE OF SERVICE

The electronic signature above certifies that all counsel of record have been electronically served with this document as the date of filing.