No. 25-02398

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

Joseph Jones et al.,

*Plaintiffs-Appellants,*

v.

Blackstone Medical Services, LLC

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Central District of Illinois
No. 1:24-CV-01074-JEH-RLH
Hon. Jonathan E. Hawley

**APPELLANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
OVERLENGTH REPLY BRIEF; DECLARATION OF RYAN L. MCBRIDE**

Abbas Kazerounian (CA Bar No. 249203)
ak@kazlg.com
Ryan L. McBride (CA Bar No. 297557)
ryan@kazlg.com
*Kazerouni Law Group, APC*
*245 Fischer Avenue, Suite D1*
*Costa Mesa, CA 92626*
*(800) 400-6808*

*Interim Lead Attorneys for Plaintiffs-
Appellants and the Putative Class*

1

**REQUEST TO FILE OVERLENGTH BRIEF**

To the Clerk of the United States Court of Appeals for the Seventh Circuit: Pursuant to Federal Rule of Appellate Procedure 26(b) and Seventh Circuit Rule 26, Appellants respectfully submit this unopposed motion for leave to file Plaintiffs' reply brief in excess words of those allowed by Federal Rule of Appellate Procedure Rule 32(a)(7)(B)(ii) and Seventh Circuit Rule 32(c). This request is based on the declaration of Ryan L. McBride attached hereto.

For the reasons summarized here and attested to in Mr. McBride's attached declaration, the Plaintiffs-Appellants Joseph Jones, Natasha Koller, and Seth Steidinger ("Appellants") require an increase in word count limits from the 7,000 words allowed by 7th Cir. R. 32(c) to 8,000 words. This is necessary to fully address new arguments raised in Appellee's own reply brief, as well as novel points in each of the amicus briefs filed in the above-captioned appeal. McBride Decl., ¶¶ 7-9. Counsel for Defendant-Appellee, Lauren Purdy, Esq., has indicated that they do not oppose. McBride Decl., ¶ 3. Appellants thus requests this Court issue an order granting Appellants leave to file their reply brief with excess words of those allowed by 7th Cir. R. 32(c) and Fed. R. App. P. 32(a)(7)(B).

Date: January 28, 2026

/s/ Ryan L. McBride
Ryan L. McBride
*Attorneys for Plaintiff-Appellants*

# DECLARATION OF RYAN L. MCBRIDE

I, Ryan L. McBride, declare as follows:

1. I am attorney at law duly admitted to practice before the Seventh Circuit Court of Appeals. I am an attorney at Kazerouni Law Group, A.P.C., attorneys of record for Plaintiffs-Appellants. I am familiar with the facts and pleadings herein. The following is within my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2. Plaintiffs-Appellants' Reply Brief is presently due on February 2, 2026.

3. On January 27, 2026, my office sent an e-mail to counsel of record for Defendant-Appellee Blackstone Medical Services, LLC, asking whether they would oppose Plaintiff-Appellant's Motion for Leave to File Overlength Reply Brief. Attorney Lauren Purdy responded that Defendant-Appellee does not oppose the motion the next day.

4. I received a notification that Appellee's brief was filed on December 23, 2025.

5. I received a notification that an Amicus brief was filed by the National Republican Congressional Committee and National Republican Senatorial Committee on December 29, 2025.

6. I also received notifications that The Chamber of Commerce of the United States of America, and Fashion Nova, LLC, each filed an Amicus brief on December 30, 2025.

7. Upon review of Appellee's brief and the Amicus briefs, I discovered several new arguments that would need to be researched and addressed in Plaintiffs-Appellants' Reply Brief.

8. The issues raised have significantly increased the scope of Plaintiff-Appellants' Reply Brief.

9. My co-counsel and I have diligently revised and edited Plaintiff-Appellants' Reply Brief in order to conform with the 7,000 word count limit, but have not been able to accomplish this while satisfactorily addressing all raised issues.

10. If the Court approves Plaintiffs-Appellants' motion for leave to file an overlength reply brief, the Reply Brief shall not exceed 8,000 words.

11. Plaintiffs-Appellants have not made any requests for leave to file overlength briefs prior in this appeal.

12. This motion is made in good faith for the reasons of actual need set forth herein.

13. To my knowledge, the requested extension will not prejudice any party.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of January, 2026, in San Diego, California.

/s/  Ryan L. McBride
Ryan L. McBride
*Attorneys for Plaintiff-Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: January 28, 2026

/s/ Ryan L. McBride
Ryan L. McBride
*Attorneys for Plaintiffs*