# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 29, 2026

*Before*
THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| No. 25-2398 | SETH STEIDINGER, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>BLACKSTONE MEDICAL SERVICES,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:24-cv-01074-JEH-RLH<br>Central District of Illinois<br>District Judge Jonathan E. Hawley |

The following are before the court:

1. **APPELLANT'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF; DECLARATION OF RYAN L. MCBRIDE**, filed on January 28, 2026, by counsel for the appellants.

2. **APPELLANT'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF; DECLARATION OF RYAN L. MCBRIDE**, filed on January 28, 2026, by counsel for the appellants.

3. **APPELLANT'S NOTICE OF ERRATA**, filed on January 28, 2026, by counsel for the appellants.

**IT IS ORDERED** that the motion to file an oversized reply brief is **GRANTED**. The appellants are granted leave to file an oversized reply brief that does not exceed 8,000 words.

form name: **c7_Order_3J**   (form ID: **177**)