# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## ORDER

March 31, 2026

*By the Court:*

| | |
|---|---|
| No. 25-2398 | SETH STEIDINGER, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>BLACKSTONE MEDICAL SERVICES,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:24-cv-01074-JEH-RLH<br>Central District of Illinois<br>District Judge Jonathan E. Hawley |

The following are before the court:

1. **MOTION OF AMICUS CURIAE THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**, filed on February 19, 2026, by counsel for amicus curiae Chamber of Commerce of the United States of America.

2. **OPPOSITION TO MOTION OF AMICUS CURIAE THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**, filed on February 27, 2026, by counsel for the appellants.

3. **REPLY IN SUPPORT OF MOTION OF AMICUS CURIAE THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**, filed on March 4, 2026, by counsel for amicus curiae Chamber of Commerce of the United States of America.

**IT IS ORDERED** that the motion for leave to participate in oral argument as amicus curiae is **GRANTED**. Counsel for the Chamber of Commerce of the United States is granted leave to participate in oral argument. Five minutes of appellee's time shall be allocated to the Chamber of Commerce. The clerk of this court shall distribute a copy of this order to the assigned merits panel.

form name: **c7_Order_BTC**    (form ID: **178**)