# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 14, 2026

Before

THOMAS L. KIRSCH II, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

|  |  |
|---|---|
| No. 25-2398 | SETH STEIDINGER, et al.,<br>    Plaintiffs - Appellants<br><br>v.<br><br>BLACKSTONE MEDICAL SERVICES,<br>    Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:24-cv-01074-JEH-RLH |
| Central District of Illinois |
| District Judge Jonathan E. Hawley |

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

*Christopher Conway*

Clerk of Court